**MEMO ENDORSED**

Christopher Joseph Immel
Post Office Box 999
West Coxsackie, New York 12051

December 17, 2007

1/4/08

*Petitioner's Motion to withdraw his habeas petition is granted. The Clerk of the Court is directed to close this case.*

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Re: IMMEL v. FILION Dk. 03-CV-1893 (KMK)(MDF)

Dear Sir/Madam:

This letter is in regards to withdrawing the habeas corpus petition that is currently pending. I wish to accept the matter as is, and withdraw the 'petition' that is currently before the Court. I would also like, in conjunction, to withdraw all motions pending related to the petition in question.

The same has been served upon Respondent.

Thank you!

Without Prejudice

*Chris Immel*
Christopher Immel,
Authorized Representative

To:    OFFICE OF
       FRANCIS D. PHILLIPS II
       ORANGE COUNTY DISTRICT ATTORNEY
       COUNTY GOVERNMENT CENTER
       255-275 MAIN STREET
       GOSHEN, NY 10924-1627

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

Cover Letter/Withdrawal of Habeas Corpus Petition        Item No. 1893/WHP/CJI

Copies mailed/faxed/handed to counsel on 1/7/08